## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Tyler Billings, being duly sworn, depose and state as follows:

1. I, Tyler Billings am presently employed as a Special Agent (SA) with the Bureau of Alcohol, Tabacco, Firearms and Explosives (ATF), where I have worked since May of 2024.

2. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program. I also am a graduate of the ATF Special Agent Basic Training Program. I received training in firearms investigations, drug investigations, and explosive devices investigations.

3. Prior to my tenure as a Special Agent, I was a full-time Certified Law Enforcement Officer in the State of Vermont from January of 2017 to May of 2024. From April of 2021 to May of 2024, I was a Detective for the Rutland City Police Department (RPD). From October of 2022 until May of 2024, I was assigned to Homeland Security Investigations (HSI) Task Force in Burlington, Vermont as a Task Force Officer (TFO). As a full-time Certified Law Enforcement Officer and HSI TFO, I have conducted and assisted in investigations regarding child exploitation, fraud, money laundering, drug trafficking, firearms trafficking, and violent crime investigations. In connection with my duties as a RPD Detective, HSI TFO, and ATF SA, I have participated in various aspects of investigatory work, including controlled narcotics purchases and controlled firearms purchases with the use of confidential informants and/or undercover law enforcement. I have participated in several narcotics and firearms related arrests and the execution of narcotics and firearms related search warrants. I have also written affidavits in support of applications for various types of search warrants and arrest warrants.

4. I submit this affidavit to establish probable cause to believe that on July 23, 2025, Gregory Lee PETTIT, violated 26 U.S.C. § 5861(d), by possessing a NFA Firearm as defined in

1

26 USC 5845(f) not registered in the National Firearm Registration and Transfer Record (NFRTR), in the District of Western North Carolina.

5. This affidavit is based upon my training and experience, the investigation of other law enforcement officers and my own observations and participation in this investigation. This affidavit is submitted for the limited purpose of establishing probable cause, therefore, I have not set forth each and every fact learned by law enforcement during the course of the investigation. Where I describe a statement, it is described in substance, not verbatim.

### Arrest of Gregory Lee PETTIT by the Buncombe County Sheriff's Office

6. On July 23, 2025, at approximately 12:17 AM, Buncombe County Sheriff's Office (BCSO) was dispatched to 4 Needles Lane, Candler, North Carolina, for a report PETTIT was attempting to force his way into the residence. The 911 caller reported that PETTIT was intoxicated and in possession of a firearm and a knife, and that PETTIT had fled the residence in a dark-colored Ford Expedition. A deputy located a vehicle matching the description of PETTIT's vehicle near 404 Starnes Cove Road, Candler, North Carolina. When the deputy attempted to conduct a traffic stop on said vehicle, the vehicle fled at a high rate of speed. During the pursuit of the vehicle, BCSO deployed stop sticks at the sixteen block of Oak Hill Road, Candler, North Carolina. The vehicle drove over the stop sticks but continued to drive. The vehicle eventually came to a stop in the driveway of 48 Oakdale Drive, Candler, North Carolina (later identified as PETTIT's mothers' residence). PETTIT was the operator and sole occupant of the vehicle. PETTIT was ordered out of the vehicle by law enforcement. PETTIT briefly resisted arrest and then was taken into custody. BCSO Deputies then conducted a safety sweep of the interior of the vehicle. BCSO Deputies observed there was a dog inside of the vehicle. PETTIT was asked if the dog was friendly. PETTIT

2

advised it depended on who you were. Deputies asked PETTIT if his mother should come out and get the dog. PETTIT replied "Yep."

7.  PETTIT's stepfather and PETTIT's mother exited the residence during the incident. BCSO Deputies, spoke with PETTIT's mother. She advised "he's probably drinking, he's probably on something." The stepfather assisted BCSO Deputies with retrieving PETTIT's dog out of the vehicle. Officers found a pipe in PETTIT's pocket. Based on my training and experience, the pipe appeared to be one used to ingest illegal narcotics, furthermore, it did not appear to be a "pipe" which would be used to smoke tobacco or legal substances. While retrieving the dog out of the vehicle, BCSO Deputy Austin Pittman saw a firearm inside the vehicle on the front passenger seat. When Deputy Pittman located the firearm, it appeared the firearm had a magazine inserted into the firearm. The firearm's slide was locked to the rear.



(Firearm on front passenger Seat)          (Firearm chamber open)

8.  BCSO Deputies learned the vehicle belonged to PETTIT, because of this, BCSO Deputies were going to seize the vehicle. As BCSO Deputies were starting to conduct an inventory

3

of the vehicle Pettit's mother advised deputies that there had been a "hand grenade" in the vehicle. She advised the deputies that PETTIT had shown her the grenade.

9. During the inventory of the vehicle, deputies located a round object inside of a white bag in the center console of the vehicle. The object inside of the bag was consistent with the shape of a grenade. BCSO Deputies secured the item and placed it a safe distance away from the vehicle and subjects in the vicinity.



(Suspected grenade in plastic bag)

10. Henderson County Sheriff's Office (HCSO) Bomb Squad later arrived on scene and took possession of the suspected grenade.

11. Pursuant to the inventory search described above in the early morning hours of the 23rd, BCSO Deputies seized the following items from inside of the vehicle:

- One Rock Island 1911 Style Custom 9mm Handgun, which appeared to have the serial number removed from the firearm. (It should be noted, when ATF SA's examined the firearm on a later date, ATF SA's learned the firearm was a privately made firearm)
- Firearms parts and accessories.
- 9mm shell casings
- Various rounds of assorted ammunition

- Firearm magazines
- Unknown pills

### Examination of suspected grenade

12. On July 23, 2025, ATF SA Mark Gage, ATF Special Agent Bomb Technician (SABT) Reid Messner and I met at the HCSO. SABT Reid Messner examined the suspected grenade. After examining the suspected grenade, SABT Reid Messner rendered the device safe/disassembled the device. SABT Reid Messner further examined the device after it was disassembled and collected the items as evidence for future examination.



13. On July 24, 2025, SABT Reid Messner contacted the Destructive Device Unit at The National Center for Explosives Training and Research (NCETR). SABT Reid Messner advised Explosives Safety Specialist, Jason Snow, of SABT Reid Messner's findings regarding the suspected grenade. Explosives Safety Specialist Jason Snow advised SABT Reid Messner

based on SABT Reid Messner's findings with the suspected grenade, the suspected grenade is a "destructive device" under the National Firearms Act (NFA), 26 U.S.C. § 5845.



### Interview of PETTIT's mother and stepfather.

14. On July 23, 2025, I met with the stepfather and mother at their residence. When law enforcement first arrived, the stepfather was the only one at the residence. He advised the following information:

15. PETTIT had been living inside the car in which PETTIT was in the night prior when he was arrested. PETTIT had owned that vehicle for a few months. PETTIT had a drug problem in the past. PETTIT had been in the Navy for about eight years and when PETTIT was in the Navy, he worked with explosive ordnance. PETTIT liked firearms a lot.

16. While law enforcement was speaking with the stepfather, PETTIT's mother called him and agreed to come to the residence and speak with law enforcement. The mother later arrived at the residence and spoke with law enforcement. She said that approximately one-month prior, PETTIT had shown her the grenade while she was at work. When PETTIT was showing her the grenade, PETTIT threatened to put it on his former landlord's gate. She advised she had only seen the grenade that one time but had heard PETTIT mention it one other time after she saw it. She advised PETTIT used drugs regularly. According to the mother approximately two months ago she was on a video call with PETTIT, PETTIT showed her a "device" PETTIT told her belonged to "Gary Clark." She advised me that she understood "Gary Clark" used to be a big cocaine dealer in Candler. She reported to me that while she watched PETTIT on the video call, he stuck the device up his nose and sniffed. Based on what she observed, Duval concluded that her son, PETTIT was snorting cocaine. She advised that when PETTIT got out of the Navy, he started to use drugs. She believed PETTIT had been out of the Navy since approximately 2010. She thought it started with using pills and then eventually PETTIT started using the "needle." At

7

one point, PETTIT told her he had a $500.00 a day habit. PETTIT is someone who carries firearms often and "is not scared to show you" his firearm.

### Interview of PETTIT's ex-girlfriend

17. On July 23, 2025, I met with PETTIT's ex-girlfriend. She advised she had never personally seen the grenade, but PETTIT had talked about using it before. She advised PETTIT was "destructive", and every day he talked about what he was "going to do" to people.

18. The ex-girlfriend advised PETTIT had been drinking a lot of alcohol on July 22, 2025, he had been drinking all day and at one point said, "I should fucking kill you."

19. She advised that she had seen PETTIT use methamphetamine as recently as a couple months ago, but she still knows that he does it.

### Search warrant of PETTIT's vehicle

20. On July 23, 2025, TFO Ratcliff was granted a search warrant by the Honorable Superior Court Judge Alan Thornburg, for the vehicle PETTIT was driving during his arrest. The vehicle was identified as a 2019 Ford Expedition, bearing North Carolina registration LJF-2528.

21. On July 23,2025, after the inventory search described above that had occurred during the early morning hours, BCSO deputies obtained a search warrant for the entire vehicle. During this search pursuant to a search warrant, which occurred much later on the same day, law enforcement located and seized the following items:

- One, RG INDUSTRIES; Model: RG23; Caliber: 22 revolver. The revolver was located in a backpack on the rear driver's side seat. It should be noted the firearm was loaded with .22 caliber ammunition when it was located.

- .45 caliber ammunition.

- 9mm ammunition.

- One 12-gauge shotgun shell.

- .45 caliber magazines. It should be noted, the magazines were loaded with .45 caliber ammunition when they were located.

- Several cellular phones.

- Tire plugs.

- Various pieces of mail which were addressed to PETTIT.

- One, black pistol holster.

**Examination of RG INDUSTRIES; Model: RG23; Caliber: 22 revolver**

22. On July 25, 2025, ATF Firearms Interstate Nexus Expert Mark Gage examined the RG INDUSTRIES; Model: RG23; Caliber: 22 revolver. During SA Gage's examination, SA Gage learned the revolver was made in the State of Florida and did in fact travel in interstate commerce.



## National Firearms Registration and Transfer Record's

23. On July 24, 2025, a query of National Firearms Registration and Transfer Record's (NFTR) was conducted by Firearms and Explosives Services Specialist, Jason Frushour in reference to PETTIT. Jason Frushour advised PETTIT did not have any records associated with him within the NFTR.

## Conclusion

24. Based on the information set forth above, I believe there is probable cause that Gregory L. PETTIT violated 26 U.S.C. § 5861(d), by possession of an NFA Firearm not registered in the National Firearm Registration and Transfer Record (NFRTR), in the District of Western North Carolina on July 23, 2025.

25. This affidavit has been reviewed by Assistant United States Attorney, Corey F. Ellis

Dated at Asheville, in the District of Western North Carolina, this 28th day of July 2025.

s/Tyler Billings
Tyler Billings
Special Agent, ATF

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this 28th day of July, 2025, at 3:03 PM

W. Carleton Metcalf
United States Magistrate Judge

11

Case 1:25-cr-00058-MR-WCM   Document 1-1   Filed 07/28/25   Page 11 of 11